UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Flanagan, et al.

    Plaintiffs,

 -v-

C. Raimondo & Sons Construction Co.,
Inc., et al,

    Defendants.
-----------------------------------------------------X

ORDER OF DISMISSAL
FOR FAILURE TO
PROSECUTE
CV-05-697(TCP)

  IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute. There having been no activity in this case since 5/20/2005 and there was no response to the request for a written status report filed on 2/28/2006.

  IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all sides and the Clerk of the Court is directed to mark the case closed.

               /S/
               Thomas C. Platt
               U.S. District Judge

Dated: Central Islip, NY
    March 21, 2007